AO 91 (Rev. 11/97)

**ORIGINAL** **CRIMINAL COMPLAINT**

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>BARRY ZAPIRAIN | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>12-2596M<br>12- |

*[Stamp: FILED CLERK U.S. DISTRICT COURT NOV 3 2012 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]*

Complaint for violation of Title 18, United States Code, Section 875(c)

| NAME OF MAGISTRATE JUDGE<br>JAY C. GANDHI | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Los Angeles, California |
|---|---|---|
| DATE OF OFFENSE<br>May 22, 2012 | PLACE OF OFFENSE<br>Ventura County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about May 22, 2012, defendant BARRY ZAPIRAIN, did knowingly and intentionally transmit in interstate and foreign commerce from Australia to Ventura County, California, within the Central District of California, and elsewhere, a communication, namely an email, to victim G.C. that contained a true threat to injure the person of G.C.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
    (See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>Bernard Riedel, Jr. |
|---|---|
| | OFFICIAL TITLE<br>Special Agent for the Federal Bureau of Investigation |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>November 3, 2012 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

AUSA Stephanie S. Christensen, x13756          REC: Detention

# A F F I D A V I T

I, Bernard Riedel, Jr., being duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

1. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code; that is, I am an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 3052. I have been employed as a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") since 1996. I have conducted investigations involving public corruption, color of law, terrorism, and child exploitation. Currently, I am responsible for investigating violent crimes, including bank robberies, murder for hire, extortion, interstate threats, kidnappings, and fugitives, within the FBI Los Angeles Division territory.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **BARRY ZAPIRAIN** for violation(s) of Title 18, United States Code, Section 875(c), which states "Whoever transmits in interstate or foreign commerce any communication containing . . . any threat to injure the person of

1

another, shall be fined under this title or imprisoned not more than five years, or both."

3. The facts set forth below are based upon the following: my own personal observations and knowledge; my training and experience; reports and information provided to me by others, including law enforcement officers in the United States and in Australia. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge of or investigation into this matter. Because this affidavit is being submitted for the limited purpose of securing the warrant described below, I have not included each and every fact known to me concerning this investigation. Furthermore, unless specifically indicated otherwise, all conversations and statements described in this affidavit are not related verbatim, but are related in substance and in part only.

II. **PROBABLE CAUSE**

4. On or about May 25, 2012, G.C., who resides in Ventura County within the Central District of California, reported the following information to the Federal Bureau of Investigation ("FBI"):

    a. On May 22, 2012, he received an email to email address [VICTIM EMAIL REDACTED], sent from the email

address barryzapirain0@hotmail.com. The email read, "IF YOUR FUCKING SLUT OF A DAUGHTER KEEPS GOING IM GONNA COME OVER THERE AND KILL YOU YA MOTHERFUCKER".

      b. G.C. had never received an email from this email address before.

      c. His daughter is K.C., an actress on a popular television show (hereinafter "the Show").

      d. A review of the header for this email showed that Internet Protocol ("IP") address from where this email was sent was 114.72.216.176. A search was conducted on a publicly available database and it was learned that this IP address is owned by INTERNET SERVICES, 1 Lyonpark Road, Macquarie Park, NSW - 2113 Australia. (Affiant's note: I reviewed the email, including the header and originating IP address, and confirmed that the IP address is owned by the above-referenced company in Australia).

      e. A search on the internet identified a Twitter account with the name "@BarryZapirain". The user of this account has made several posts about the Show and the actress K.C. The search also identified a Facebook account with the name "Barry-Zapirain" on which the user is interested in the Show and the actress K.C.

3

5. On November 1, 2012, the Australian Federal Police ("AFP") provided the following information to the FBI by email, which email I have reviewed:

a. Barry Zapirain, date of birth XX/XX/1968, was born in Sydney, Australia and resides in Campbelltown, Australia.

b. Zapirain has several convictions in Australia to include Assault, Peep and Pry, Possession of a Knife in a Public Place, and Trespass.

c. On October 18, 2012, Zapirain departed Sydney, Australia on Virgin Australia Airlines flight number VA1 to Los Angeles, California.

6. On November 1, 2012, FBI Special Agent Susan Kato contacted the Customs and Border Patrol office at the Los Angeles International Airport ("LAX") and learned the following:

a. Barry Zapirain, date of birth which matched that provided by the AFP, Australian passport number xxxxx855, arrived in Los Angeles on October 18, 2012 on Virgin Australia Airlines.

b. Zapirain was scheduled to return to Australia on October 25, 2012 on Delta Airlines, but he did not board that flight.

  c. Zapirain listed the "Raddison" on "Susnet" (no street number) as his local address on his immigration form I-94.

 7. On November 1, 2012, I conducted a search on the internet and noted that there is not a Radisson Hotel in the Los Angeles area that is located on a street called "Susnet" nor on Sunset. I telephonically contacted three Radisson Hotels located in and close to Los Angeles and none had a registered guest named Barry Zapirain.

 8. Starting on November 2, 2012, I began reviewing the tweets made on Twitter account @BarryZapirain and noted the following:

  a. The profile picture for this account is a photograph of K.C.

  b. On October 24, 2012 at 9:57AM, the following post was made, "see ya very soon".

  c. On October 24, 2012 at 10:59AM, the following post was made, "yas will be seeing me when you least expect it".

  d. On October 24, 2012 at 8:01PM, the following post was made, "tweet one more thing brett ya fucking cockhead and im fuck you up ya fucking fuckwit". (Affiant's note: On or about November 3, 2012 I spoke with Bret B. who identified himself as the boyfriend of K.C.).

  e. On October 24, 2012 at 8:42PM, a link to a photograph of a house with the title "[K.C.] Sherman Oaks Mediterranean House" was posted to the account.

  f. On October 24, 2012 at 8:43PM, an aerial photograph of a single-family residence was posted to the account.

  g. On October 24, 2012 at 8:44PM, the following post was made, "i fucking love google map how it lets you walk around streets looking at houses".

  h. On October 24, 2012 at 10:46PM, the following post was made, "im gonna fucking kill you bitch if its the last fucking thing i do".

  i. On October 24, 2012 at 10:51PM, the following post was made, "they think im gonna get back on a plane and leave in for a big shock".

  j. On October 24, 2012 at 10:57PM, the following post was made, "plane ticket canceled".

  k. On October 24, 2012 at 10:59PM, the following post was made, "i get my hand on her im gonna gut her like a fucking fish".

  l. On October 24, 2012 at 11:00PM, the following post was made, "i'll be packing up my gear in the morn and setting off on a mission".

  m. On October 24, 2012 at 11:50PM, the following post was made, "your gonna be getting watched and followed bitch".

  n. On October 25, 2012 at 2:25AM, the following post was made, "thats my main goal now, to kill her no matter what it takes or no matter wat the consequences are i made her i'll kill her".

  o. On October 25, 2012 at 2:37AM, the following post was made, "im in this country now theres only one way im leaving and thats in a bag".

  p. On October 25, 2012 at 5:18AM, the following post was made, "hey every body [K.C.] lives on [ADDRESS INFORMATION REDACTED]".

  q. On October 25, 2012 at 6:04AM, the following post was made, "see ya soon MINE".

  r. On October 27, 2012 at 1:06PM, a link to a 28 second YouTube video was posted to the account. The video was taken along a street and shows some businesses including Iguana Vintage Clothing and Sherman Oaks Florist.

  s. On October 27, 2012 at 2:26PM, a photograph of K.C. with the caption "MINE" was posted to the account.

  t. On October 28, 2012 at 7:34PM, a photograph of K.C. with the caption "MINE" was posted to the account.

      u.    On October 29, 2012 at 11:44AM, a photograph of K.C. was posted to the account.

      v.    On October 29, 2012 at 11:49AM, a link to a YouTube video which has a 43 second video of the Google Maps street view of a single family residence, was posted to the account.

      w.    On November 3, 2012 at 4:19PM, the following post was made, "ok cheesecake factory 8pm i'll be there waiting if not i'll come looking for you instead".

      x.    On November 3, 2012 at 6:17PM, the following post was made, "see you at the fountain or else".

      9.    On November 2, 2012, I spoke with G.C. and he provided me the following information:

      a.    His daughter, K.C., lives on the street identified in the above tweet which address I redacted in this affidavit.

      b.    The YouTube video posted to the Twitter account @BarryZapirain on October 29, 2012 shows K.C.'s house.

      10.    On November 3, 2012, I accessed Google maps and noted that there is a Cheesecake Factory restaurant located in close proximity to the residence of K.C. In addition, I noted that there is a fountain in front of that restaurant.

11. On November 3, 2012, I spoke with K.C. and she informed me of the following:

    a. She has never had any contact, either online or in person, with Barry Zapirain.

    b. The first time that she became aware of Barry Zapirain was when her father, G.C., received an email from him in May, 2012.

12. On November 3, 2012, I accessed Google Maps and noted that Iguana Vintage Clothing and Sherman Oaks Florist, the businesses depicted in the video posted to the @Barry Zapirain Twitter account on October 27, 2012, are in close proximity to the residence of K.C.

### III. CONCLUSION

13. Based on the facts set forth above, I believe that there is probable cause to demonstrate that Barry Zapirain has violated Title 18, United States Code, Section 875(c).

                                      Bernard Riedel, Jr.
                                      Special Agent
                                      Federal Bureau of Investigation

Sworn to and subscribed before me on this 3rd day of November, 2012.

HON. JAY C. GANDHI
United States Magistrate Judge