UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2012 Grand Jury

| UNITED STATES OF AMERICA, | ) CR No. CR12-1107 |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) [18 U.S.C. § 875(c): |
| BARRY ALLAN ZAPIRAIN, | ) Transmitting Threatening Communications; 18 U.S.C. §§ 2261A(1), 2261(b)(5): |
| Defendant. | ) International Stalking] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 875(c)]

On or about May 22, 2012, in the Central District of California, and elsewhere, defendant BARRY ALLAN ZAPIRAIN, with the intent to threaten, did transmit in interstate and foreign commerce from Australia to Ventura County, California, a communication, namely, an email to victim G.C. that contained a true threat to injure the person of G.C.

COUNT TWO

[18 U.S.C. §§ 2261A(1), 2261(b)(5)]

On or about October 18, 2012, in the Central District of California, and elsewhere, defendant BARRY ALLAN ZAPIRAIN, with the intent to kill, injure, harass, and place under surveillance with the intent to kill, injure, and intimidate another person, namely, victim K.C., did travel in foreign commerce from Australia to the United States, and in the course of, and as a result of, such travel placed victim K.C. in reasonable fear of death, and serious bodily injury, and caused substantial emotional distress to victim K.C; K.C.'s father, G.C.; and K.C.'s intimate partner, B.B.

A TRUE BILL

/S/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber & Intellectual Property Crimes Section

ERIC D. VANDEVELDE
Assistant United States Attorney
Deputy Chief, Cyber & Intellectual Property Crimes Section

STEPHANIE S. CHRISTENSEN
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section