UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BARRY ALLAN ZAPIRAIN,<br><br>　　　　Defendant. | CR No. 12-1107-JAK<br><br>ORDER GRANTING GOVERNMENT'S EX PARTE APPLICATION TO SEAL DOCUMENTS |

　　　For good cause shown, IT IS HEREBY ORDERED THAT:

　　　The government's ex parte application for sealed filing is GRANTED.  The document sought to be filed under seal and the government's ex parte application for sealed filing shall both be filed under seal.  The government may produce the underlying document as permitted or required by applicable law.

September 23, 2014
DATE

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1